IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

```
FILED
IN OPEN COURT

OCT - 3 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 2:24-cr-56
)
LACOLE MANLEY, )
)
*Defendant.* )

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

## JURY VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT, LACOLE MANLEY:

COUNT TWO: With respect to Count Two, Money Laundering, we find the defendant, LACOLE MANLEY:

Guilty __X__      Not Guilty _____

COUNT FOUR: With respect to Count Four, Money Laundering, we find the defendant, LACOLE MANLEY:

Guilty __X__      Not Guilty _____

COUNT SIX: With respect to Count Six, Unlawful Monetary Transactions, we find the defendant, LACOLE MANLEY:

Guilty __X__      Not Guilty _____

10/03/2025
Date

REDACTED COPY

_____  _____
Foreperson's #